UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TEKISHA GRAY | * | CIVIL ACTION: 13-2805 |
| | * | |
| VERSUS | * | JUDGE: BERRIGAN |
| | * | |
| STATE FARM MUTUAL | * | SECTION: "C" (4) |
| AUTOMOBILE INSURANCE | * | |
| COMPANY AND GARY DILDY | * | MAGISTRATE: |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF
## MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

MAY IT PLEASE THE COURT:

Defendants, State Farm Mutual Automobile Insurance Company and Gary Dildy, seek leave of court to file **under seal**, pursuant to Local Rule 5.6, certain Exhibits to their Memorandum in Support of Jurisdictional Amount, which contain the medical records and medical bills of Tekisha Gray.

### Facts

This Court ordered all parties to submit a Memorandum directed to the issue of whether the jurisdictional minimum existed at the time of removal on May 8, 2013. In order to do so, defendants must attach Tekisha Gray's medical records and bills that were in defendant's possession at the time of the removal on May 8, 2013. These medical

records are described in defendants' Memorandum in Support of Jurisidictional Amount as follows:

| | |
|---|---|
| Exhibit A-1 | January 21, 2013 Letter from Tekisha Gray's attorney with attached medical records |
| Exhibit A-2 | February 6, 2013 Facsimile Transmission from Tekisha Gray's attorney with attached medical bill |

Ms. Gray's medical records, however, are protected from disclosure under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 CFR §§164.500-164.534, and cannot be filed into the public record of this case.

## Law and Argument

Courts recognize that the public has a common law right to access judicial records and proceedings, although the right is not absolute." *Bahwell v. Stanley-Bostich, Inc.,* No. 00-0541, 2002 WL 1298777, at *1 (E.D. La. 2002). A district court has discretion to seal judicial records, but "must balance the public's common law right of access against the interests favoring nondisclosure." *S.E.C. v. Van Waeyenberghe,* 990 F.2d 845, 848 (5th Cir. 1993) (citing *Nixon v. Warner Comm'ns, Inc.,* 435 U.S. 589, 599 (1978)).

Defendants request that the two exhibits containing Ms. Gray's medical records attached to their Memorandum in Support of Jurisdictional Amount be filed under seal to comply with the confidentiality provisions of HIPAA. Confidentiality is an important provision in the exchange of documents in discovery and in protecting the privacy of patients as required by HIPAA. Therefore, preserving the confidentiality of the information contained in the exhibits significantly outweighs whatever slight interest the public may have in learning the contents of the exhibits.

Pursuant to Local Rule 5.6 (E), each document filed under Seal will be maintained in the clerk's office sealed in a manila envelope clearly labeled "Under Seal" and bearing the case number, caption, a reference to the order granting leave to file under seal, and a description of the documents by the Court, and the identity of counsel for Commerce and Plaintiff, unless otherwise ordered by the court after a contradictory motion by any other person seeking access to the sealed documents.

The Exhibits will remain under seal for the duration of this matter, including any delays for appeal, at which time the documents will be returned to counsel for mover.

### Conclusion

For the foregoing reasons, Commerce respectfully requests that it be granted leave to file the above-described exhibits **under seal**.

Respectfully submitted:

*/s/ Pamela K. Richard*
DAVID V. BATT, T.A., #2849
PAMELA K. RICHARD, #25223
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 27th day of May, 2013, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

*/s/ Pamela K. Richard*
Pamela K. Richard